# IN THE SUPREME COURT OF THE STATE OF NEVADA

JON GREGORY SANCHEZ,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LIDIA STIGLICH, DISTRICT JUDGE,
Respondents,
and
JAMES BORELLI; AND KELLY
BORELLI,
Real Parties in Interest.

No. 72009

FILED

JAN 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order vacating as premature a motion to vacate an arbitration award.

Having considered the petition and supporting documents, we conclude that writ relief is unwarranted. The district court correctly determined that, under subsection 2 of NRS 38.218, petitioner needed to serve his motion "in the manner provided by rule of court for the service of a summons in a civil action" because "a civil action involving the agreement to arbitrate" was not pending. NRS 38.218(2); *see Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 198, 179 P.3d 556, 559 (2008) ("Statutory interpretation is a question of law that we review de novo, even in the context of a writ petition."). Petitioner's argument regarding the meaning of "judicial relief" in NRS 38.218(1) is unavailing. Subsection 1 provides that "an application for judicial relief . . . must be made by motion." Thus, when the term "motion" is used in subsection 2,

17-02919

that term necessarily refers to the "application for judicial relief" described in subsection 1. Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc: Second Judicial District Court Dept. 8
Law Offices of Steven F. Bus, Ltd.
Washoe District Court Clerk

---

[1]Petitioner's motion for a stay is denied as moot.